# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DAVID NOVOSELSKY,

    Appellant,

v.

VIRGINIA GEORGE and PATRICK LAYNG,

    Appellees.

Case No. 17-CV-740-JPS

**ORDER**

On September 4, 2018, the appellant, David Novoselsky ("Novoselsky"), proceeding *pro se,* filed a motion for leave to withdraw the instant appeal. (Docket #19). The Court has been informed by the only other interested party, Virginia George, that she does not object to dismissal.[1] Therefore, the Court will grant Novoselsky's motion and dismiss this appeal. *See* Fed. R. Bankr. P. 8023.

Accordingly,

**IT IS ORDERED** that appellant David Novoselsky's motion to withdraw his appeal (Docket #19) be and the same is hereby **GRANTED**; this appeal be and the same is hereby **DISMISSED.**

Dated at Milwaukee, Wisconsin, this 7th day of September, 2018.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge

---

[1] Patrick Layng, the other appellee on the docket, has indicated his non-participation in this appeal. (Docket #11).